ORLANDO HUDSON, APPELLEE, v. H. W. PENNOCK, APPELLANT, ET AL., APPELLEES.

FILED MAY 6, 1896.   No. 658

Review: DEFECTIVE RECORD. This court cannot determine that the ruling of the district court upon a motion was without justification, when there is presented for review neither the motion nor the proofs submitted in support of it.

APPEAL from the district court of Adams county. Heard below before BEALL, J.

*Batty & Dungan* and *Henry W. Pennock*, for appellant.

*C. E. Higinbotham, Darnall & Kirkpatrick,* and *Tibbets, Morey & Ferris, contra.*

RYAN, C.

This was a foreclosure proceeding brought in the district court of Adams county by Orlando Hudson to obtain satisfaction of three notes made by H. W. Pennock, secured by his mortgage. There were made defendants H. W. Pennock and his wife, and others, among whom was James L. Britton. To the usual averments for the foreclosure of a mortgage, H. W. Pennock answered admitting the making of the notes and mortgage, the credits of payments stated in the petition, the alleged recording of the mortgage, and that no proceeding at law had been had for the recovery of the debt secured. There was a denial that there was due upon the notes on October 24, 1892, the sum of $5,158.62, and a denial that said sum was due when the petition was filed. These alleged denials closed with this language: "And this defendant requires strict proof of the plaintiff as to the amount due upon said notes according to law." This answer finally closed with a general denial of all matters not admitted as above stated. Upon the trial there were introduced in evidence only the notes and mortgage, and therefrom the court found there was due and subject to foreclosure on the date of the judgment, May 14, 1893, the sum of $5,287.23, and entered a decree accordingly. The appellant, Mr. Pennock, makes no complaint that this sum was incorrect, neither does he complain of any injustice in the decree, except as will now be described.

James L. Britton, a defendant, by his answer to the original petition having alleged that he was the holder of certain tax deeds on the mortgaged premises, described at length the several amounts of taxes which he had paid at various times after the issue to him of said

tax deeds, and that he had served proper preliminary no-
tices and had obtained the aforesaid tax deeds to be
made by the treasurer of Adams county.   The prayer of
Mr. Britton was, to say the least, unique, as will be seen
by the following copy of it: "Wherefore this defendant
prays that this suit be dismissed at plaintiff's cost, and
for such other and further relief as justice and equity
may require." H. W. Pennock answered the pleading of
Mr. Britton, alleging various irregularities and omissions
of substantive matters precedent to the making of the
tax deeds, which, as he averred, rendered them invalid,
and, having offered to pay in court $30 for the use and
benefit of Mr. Britton, or any party thereto entitled, as
the full amount of taxes really due, he prayed for a can-
cellation of the said tax deeds, and that upon payment of
the amount tendered in full for the taxes and assess-
ments he might go hence without day.   The sole com-
plaint of Mr. Pennock upon this appeal is that the court,
upon the motion of Mr. Britton, "dismissed Mr. Britton
out of the case." There is to be found in the record no
such motion.   In his brief Mr. Pennock says this motion
of Mr. Britton was made orally, but we cannot act upon
this suggestion, especially in view of the only record reci-
tations to be found, which are in the following language:
"And now on this 18th day of May, 1893, this cause comes
on for hearing upon the application and motion of the de-
fendant James L. Britton to be dismissed out of this case.
Upon consideration whereof the court, being satisfied
that the showing made by the said defendant James L.
Britton in support of his said application and motion is
sufficient, the court sustains said motion and the said
defendant James L. Britton is accordingly dismissed out
of this case.   To which ruling and action of the court the
defendant H. W. Pennock excepts, and his exceptions
are by the court allowed." It would seem from the above
recitation of a showing made that there was introduced
some sort of evidence in support of Mr. Britton's motion,
but no bill of exceptions evidences the nature of such

proofs. We cannot presume, in the absence of the motion itself and of the evidence upon which it was sustained, that there was prejudicial error in the ruling of the district court thereon, and this is just what we are required to do if we should sustain this appeal. The judgment of the district court is therefore

AFFIRMED.